WILSON TURNER KOSMO LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342)
ROBERT K. DIXON (262252)
MARK A. REIN (292437)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: vturner@wilsonturnerkosmo.com
E-mail: mmaneker@wilsonturnerkosmo.com
E-mail: rdixon@wilsonturnerkosmo.com
E-mail: mrein@wilsonturnerkosmo.com

Attorneys for Defendant
THE KRAFT HEINZ FOODS COMPANY
(erroneously sued as Kraft Heinz Foods Company)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ALAEI, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> H.J. HEINZ COMPANY, L.P., and KRAFT HEINZ FOODS COMPANY, <br><br> Defendants. | Case No. 3:15-cv-02961-MMA-DHB <br><br> **DEFENDANT THE KRAFT HEINZ FOODS COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF SUZANNE ALAEI'S FIRST AMENDED COMPLAINT** <br><br> Date: March 28, 2016 <br> Time: 2:30 p.m. <br> Courtroom: 3A <br><br> District Judge: Hon. Michael M. Anello <br> Magistrate Judge: Hon. David H. Bartick |

No. 3:15-cv-02961-MMA-DHB
DEFENDANT THE KRAFT HEINZ FOODS COMPANY'S REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF
SUZANNE ALAEI'S FIRST AMENDED COMPLAINT

1  Pursuant to Federal Rule of Evidence 201, Defendant The Kraft Heinz Foods
2  Company ("Defendant") requests that this Court take judicial notice of the document
3  attached to this Request as Exhibit 1 (the label for the 5 oz. bottle of Heinz 57 Sauce)
4  as further support for Defendant's Motion to Dismiss Plaintiff Suzanne Alaei's First
5  Amended Complaint ("FAC").

6  Under Rule 201, facts appropriate for judicial notice are those "not subject to
7  reasonable dispute in that it is either (1) generally known within the territorial
8  jurisdiction of the trial court or (2) capable of accurate and ready determination by
9  resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.
10 201(b).

11  Facts subject to judicial notice may be considered on a motion to dismiss. *See*
12 *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010). On motion to
13 dismiss, a federal court may take judicial notice of evidence on which the "'complaint
14 'necessarily relies' if: (1) the complaint refers to the document; (2) the document is
15 central to the plaintiff's claim; and (3) no party questions the authenticity of the copy
16 attached to the 12(b)(6) motion.'" *Id.* (internal citations omitted); *see also Bourke v.*
17 *City of San Diego*, 2015 U.S. Dist. LEXIS 137148, *6 (S.D. Cal. Oct. 7, 2015) (same).
18 This rule serves to "prevent plaintiffs from surviving a Rule 12(b)(6) motion by
19 deliberately omitting documents upon which their claims are based." *Swartz v.*
20 *KMPG LLC*, 476 F.3d 756, 763 (9th Cir. 2007).

21  As set forth herein, the following document for which judicial notice is
22 requested is not subject to reasonable dispute as it is "capable of accurate and ready
23 determination by resort to sources whose accuracy cannot reasonably be questioned"
24 within the meaning of Federal Rules of Evidence 201(b):
25 / / /
26 / / /
27 / / /
28 / / /

-2-  No. 3:15-cv-02961-MMA-DHB
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO ITS MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

1 | **Exhibit 1** – Label for a 5 oz. bottle of Heinz 57 Sauce, which was in effect in
2 | November 2015.
3 | Dated:    February 22, 2016                    **WILSON TURNER KOSMO LLP**
4 |                                       By:   *s/ Meryl C. Maneker*
5 |                                               VICKIE E. TURNER
   MERYL C. MANEKER
6 |                                               ROBERT K. DIXON
   MARK A. REIN
7 |                                               Attorneys for Defendant
   THE KRAFT HEINZ FOODS
8 |                                               COMPANY

## EXHIBITS – TABLE OF CONTENTS

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 1. | Label for 5 oz. bottle of Heinz 57 Sauce | Exh. 1-5 |





HEINZ
57®
SAUCE
ADD
ZEST
TO CHICKEN
STEAK & PORK!
NET WT 5 OZ (142g)
35260240

35260255
With a unique rich flavor unequaled by any other steak sauce, it's no wonder that Heinz 57 is served in America's greatest steak houses.
MARINATE, GRILL & DIP
57
SAUCE
Our secret blend of premium herbs and spices has made Heinz 57 Sauce an American favorite for over 100 years!

35328753
MFD. BY
KRAFT HEINZ
FOODS COMPANY,
PITTSBURGH, PA 15222
Heinz
NOT FOR RESALE
GLASS
RECYCLES
GRILL IT! DIP IT! POUR IT!
57
SAUCE
Served by
Fine Restaurants
INGREDIENTS: TOMATO PUREE (WATER, TOMATO PASTE), HIGH FRUCTOSE CORN SYRUP, DISTILLED WHITE VINEGAR, MALT VINEGAR, SALT, CONTAINS LESS THAN 2% OF THE FOLLOWING: MODIFIED FOOD STARCH, RAISIN JUICE CONCENTRATE, MUSTARD FLOUR, SOYBEAN OIL, TURMERIC, SPICES, APPLE PUREE, SODIUM BENZOATE AND POTASSIUM SORBATE (PRESERVATIVES), CARAMEL COLOR, GARLIC POWDER, ONION POWDER, NATURAL FLAVORS.

57 GLAZED CHICKEN
Serves 3 • Prep Time: 3 min. • Cook Time: 12 min.
1 bottle (5 oz) Heinz 57® Sauce
3 boneless, skinless chicken breast halves
2 tbsp. honey
Whisk together Heinz 57® Sauce and honey, reserving half for dipping sauce. Grill chicken over medium high heat for 4 to 6 minutes. Brush with sauce mixture, turn over and grill for additional 4 to 6 minutes until done.
Nutrition Facts
Serv. Size 1 Tbsp (17g)
Servings about 8
Calories 20
Fat Cal. 0
Amount/Serving % DV* Amount/Serving % DV*
Total Fat 0g 0% Total Carb. 4g 1%
Sat. Fat 0g 0% Fiber 0g 0%
Trans Fat 0g Sugars 3g
Cholest. 0mg 0% Protein 0g
Sodium 160mg 7%
*Percent Daily Values (DV) are based on a 2,000 calorie diet.
Vitamin A 2% • Vitamin C 0% • Calcium 0% • Iron 0%
INGREDIENTS: TOMATO PUREE (WATER, TOMATO PASTE), HIGH FRUCTOSE CORN SYRUP, DISTILLED WHITE VINEGAR, MALT VINEGAR, SALT, CONTAINS LESS THAN 2% OF THE FOLLOWING: MODIFIED FOOD STARCH, RAISIN JUICE CONCENTRATE, MUSTARD FLOUR, SOYBEAN OIL, TURMERIC, SPICES, APPLE PUREE, SODIUM BENZOATE AND POTASSIUM SORBATE (PRESERVATIVES), CARAMEL COLOR, GARLIC POWDER, ONION POWDER, NATURAL FLAVORS.
MFD. IN U.S.A. BY
HEINZ NORTH AMERICA
Division of H.J. Heinz Co., L.P.
Pittsburgh, PA 15222
Questions or Comments?
1-800-577-2823
Visit www.heinz57.com
Heinz
0 13269 0 1
35332847
Best if used by date on bottle.