**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ALAEI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>H.J. HEINZ COMPANY, L.P., and KRAFT HEINZ FOODS COMPANY,<br><br>Defendants. | Case No.: 15-cv-02961-MMA-DHB<br><br>**NOTICE OF SETTLEMENT** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have settled the action on an individual basis. Plaintiff respectfully requests that the Court set a deadline of no earlier than October 28, 2016 for the parties to file a joint motion to dismiss.

Respectfully submitted,

Dated: September 13, 2016   **KAZEROUNI LAW GROUP, APC**

BY: /s/ JASON A. IBEY
JASON A. IBEY, ESQ.
ATTORNEY FOR PLAINTIFF

NOTICE OF SETTLEMENT
CASE NO.: 15-cv-02961-MMA-DHB      1